**No. 53428.**—Henri Bendel, Inc. *v.* United States, protest 147603–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the shoes are the same in all material respects as those passed upon in *Henri Bendel, Inc.* v. *United States* (5 Cust. Ct. 224, C. D. 404), the claim at 20 percent under paragraph 1530 (e) was sustained as to certain items of the merchandise.

**No. 53429.**—J. E. Bernard & Co., Inc. *v.* United States, protest 120458–K/506 (Chicago).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of *James H. Rhodes & Co.* v. *United States* (18 Cust. Ct. 62, C. D. 1045), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JULY 26, 1949

**No. 53430.**—Park & Tilford Import Corp. *v.* United States, protests 904236–G, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53431.**—B. A. Ittmann *v.* United States, protests 143825–K/12997, etc. (New Orleans).

Opinion by EKWALL, J. An examination of the papers disclosed that no appeals for reappraisement were filed as provided in section 501, Tariff Act of 1930. It was held that the issue in question is one that should have been raised on the reappraisement side of the court and that the court has no jurisdiction of the question of value sitting as a classification court. The protests were therefore dismissed.